263 So.2d 726

**STATE of Louisiana**

v.

**Robert E. STRANGE.**

No. 52597.

June 29, 1972.

Application denied. The showing made does not warrant the exercise of our supervisory jurisdiction.

263 So.2d 726

**STATE of Louisiana ex rel.
Louis McLAURIN**

v.

**C. Murray HENDERSON, Warden, Louisiana
State Penitentiary.**

No. 52603.

June 29, 1972.

Application denied. The showing made does not warrant the exercise of our supervisory jurisdiction.